

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Samuel Ernest Wright a.k.a. Samuel
Earnest Wright, Appellant

No. 06-17-00079-CR          v.

The State of Texas, Appellee

Appeal from the 371st District Court of
Tarrant County, Texas (Tr. Ct. No.
1471068D). Memorandum Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Burgess participating.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Samuel Ernest Wright a.k.a. Samuel Earnest Wright, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk